The Skaneateles Water Works Company, Appellant, *v.* The Village of Skaneateles; E. Norman Leslie, as President of said Village and Individually; John Connell, Edwin Whiting and Edward Dent, as Trustees of said Village and Individually; Lemuel D. Hall, Edward Eckett, James A. Root and John L. Shultz, Individually and as Water Commissioners of the Village of Skaneateles, Respondents.

*Skaneateles W. W. Co.* v. *Village of Skaneateles,* 33 App. Div. 627, affirmed.
(Submitted October 20, 1899; decided December 5, 1899.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 1, 1898, affirming a judgment entered upon the report of a referee dismissing the complaint in an action brought by the plaintiff as a taxpayer, under the waste acts to restrain the village of Skaneateles from establishing water works of its

own, etc. (See *Skaneateles Water Works Co.* v. *Village of Skaneateles et al.*, 161 N. Y. 154.)

*Charles A. Hawley* and *George Barrow* for appellant.

*William G. Tracy* and *M. F. Dillon* for respondents.

Judgment affirmed, with costs; no opinion.

All concur, except BARTLETT, J., dissenting, and HAIGHT, J., not voting.